**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Regina R. Mullen                                            CHAPTER 13
                            Debtor(s)

                                                                                        BKY. NO. 16-13176 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2020-GS5 and index same on the master mailing list.

                                                                    Respectfully submitted,

                                                                    /s/ *Rebecca Solarz*
                                                                    Rebecca Solarz
                                                                    19 Mar 2021, 17:08:19, EDT

                                                                    KML Law Group, P.C.
                                                                    701 Market Street, Suite 5000
                                                                    Philadelphia, PA 19106-1532
                                                                    (215) 627-1322