United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Regina R. Mullen  
    Debtor

Case No. 16-13176-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 16, 2021      Form ID: 138NEW      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina R. Mullen, 2820 Gilham Street, Philadelphia, PA 19149-3016 |
| cr | + | Legacy Mortgage Asset Trust 2020-GS5, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | U.S. Bank Trust, N.A., as Trustee for LSF9 Master, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 13771987 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13721158 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13721160 | + | Amexdsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 13721164 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 13792744 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13721162 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 13721165 | + | Blatt, Hassenmiller, Leibsker, & Moore, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 13778519 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13721166 | | Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 13721167 | + | Christina Mullen, 2820 Gilham Street, Philadelphia, PA 19149-3016 |
| 13721169 | + | Daniel J. Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14407363 | + | LSF9 MASTER PARTICIPATION TRUST, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14407334 | | LSF9 MASTER PARTICIPATION TRUST, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14545124 | + | Legacy Mortgage Asset Trust 2020-GS5, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14592446 | + | Legacy Mortgage Asset Trust 2020-GS5, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14537309 | + | Legacy Mortgage Asset Trust 2020-GS5, c/o DANIEL P. JONES, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14592149 | + | Legacy Mortgage Asset Trust 2020-GS5, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13721177 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13721178 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13884480 | + | U.S. Bank Trust, N.A.,, as Trustee, for LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 13721183 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 13753756 | | Wells Fargo Financial Pennsylvania, Inc., c/o Wells Fargo Bank, N.A., Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., |

Case 16-13176-elf  Doc 58  Filed 07/18/21  Entered 07/19/21 00:40:25  Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13721161 | | Email/Text: legal@arsnational.com | Jul 16 2021 23:32:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 13721163 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jul 16 2021 23:32:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13814782 | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13721168 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 13721172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:38 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 13786817 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 23:32:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13721171 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2021 23:32:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13721173 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 23:32:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13748897 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 23:32:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13721175 | + | Email/PDF: pa_dc_claims@navient.com | Jul 16 2021 23:35:30 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 13754744 | | Email/PDF: pa_dc_claims@navient.com | Jul 16 2021 23:35:37 | Navient Solutions, Inc., P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 13792903 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 23:35:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13721176 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 16 2021 23:32:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13721180 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 23:35:24 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13744230 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 23:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13721182 | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13721159 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13721170 | *+ | Daniel J. Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 13786057 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13721174 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13721179 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13721181 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 45

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Regina R. Mullen dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Regina R. Mullen
      Debtor(s)

Bankruptcy No: 16−13176−elf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                      For The Court
                                                      Timothy B. McGrath
                                                        Clerk of Court

Dated: 7/16/21

                                                                               55 − 53
                                                                             Form 138_new