United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 16-13176-elf
Regina R. Mullen                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina R. Mullen, 2820 Gilham Street, Philadelphia, PA 19149-3016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021                    Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | |
| | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DAVID M. OFFEN | |
| | on behalf of Debtor Regina R. Mullen dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | |
| | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | |
| | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Aug 17, 2021                                Form ID: 195                                  Total Noticed: 1

WILLIAM C. MILLER, Esq.
                              on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com,
                              philaecf@gmail.com,bncnotice@ph13trustee.com,

WILLIAM C. MILLER, Esq.
                              ecfemails@ph13trustee.com  philaecf@gmail.com,bncnotice@ph13trustee.com,


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                  : Chapter 13

Regina R. Mullen                                        : Case No. 16−13176−elf
       Debtor(s)

### *ORDER*

_____

    AND NOW, this day , August 17th, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Eric L. Frank
Judge , United States Bankruptcy Court